# Court of Appeals
# of the State of Georgia

ATLANTA,  November 04, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0542. VALENCIA MOORE v. AMERICAN EXPRESS NATIONAL BANK.**

In this action to recover a debt, the trial court entered judgment awarding $8,674.87, plus court costs, to plaintiff American Express National Bank. Defendant Valencia Moore filed a notice of appeal. We, however, lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998); see generally *Harpagon Co., LLC v. Davis*, 283 Ga. 410, 412 (658 SE2d 633) (2008). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Moore's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  11/04/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.